UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

| | |
|---|---|
| ASHAKI CRENSHAW, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) **JUDGMENT IN A CIVIL CASE** |
| | ) **CASE NO. 4:20-CV-122-D** |
| LELAND C. DUDEK, | ) |
| Acting Commissioner of Social Security, | ) |
| Defendant. | ) ) |

**Decision by Court.**

**IT IS ORDERED, ADJUDGED, AND DECREED** that Plaintiff's attorney is awarded under 42 U.S.C. § 406(b) attorney's fees in the amount of $26,717.78 less the $7,674.28 previously paid to the Plaintiff's attorney under the Equal Access to Justice Act. Plaintiff's attorney has chosen to effectuate the EAJA refund by deducting the amount of the earlier EAJA award from his subsequent 42 U.S.C. § 406(b) fee request. The Court finds that reducing the fee award by $7,674.28 is an appropriate and reasonable alternative to granting a full fee but ordering counsel to reimburse the Plaintiff with the lesser award amount. Defendant shall pay from Plaintiff's past-due benefits directly to Plaintiff's attorney the amount of $19,043.50 to Plaintiff's attorney for the net attorney's fees under the Social Security Act, 42 U.S.C. § 406(b), within a reasonable time.

This Judgment filed and entered on March 31, 2025, and copies to:
All counsel of record as listed in this matter (via CM/ECF electronic notification)

March 31, 2025

Peter A. Moore, Jr.
Clerk of Court

By: /s/ Stephanie Mann
Deputy Clerk